

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-21-00185-CR, 04-21-00186-CR

Adelida **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court Nos. 18-203-CR, 18-204-CR
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED October 31, 2022.

_____
Irene Rios, Justice